IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| Marquis C. Jones | ) Case No. 21-00418-DSC13 |
| Debtor(s). | ) |
| | ) Chapter 13 |
| | ) |
| | ) |

## ORDER DISMISSING CASE

This Court held a hearing on March 16, 2021, regarding the Notice of Deficient Filing (doc. 3) issued for the Debtor's failure to file certain required documents including a Chapter 13 Plan. As a result of the hearing, this Court entered an Order on April 8, 2021, that required the Debtor to file a Chapter 13 Plan by April 15, 2021. (Doc. 45.)

The Debtor did not file a Chapter 13 Plan as required and is not in compliance with this Court's Order of April 8, 2021 (doc. 45). For these reasons,

It is **ORDERED, ADJUDGED,** and **DECREED** that this Chapter 13 case is hereby **DISMISSED**.

Dated: April 16, 2021

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge